3 So.2d 924
**Mack McCAMEY v. STATE.**
**8 Div. 117.**

Court of Appeals of Alabama.
June 17, 1941.

662

Proctor & Snodgrass, of Scottsboro, for appellant.

Thos. S. Lawson, Atty. Gen., and Jas. A. Hare, Asst. Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.